IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| FEDERICO PADILLA-MARTINEZ | ) | CASE NO. 4-08-15776-EWH |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF** |
| | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following postpetition portion refund check has been issued to the Debtor and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| FEDERICO PADILLA-MARTINEZ<br>879 W HOLSTEIN TRAIL<br>QUEEN CREEK, AZ  85242 | $777.19 | $777.19 |

| | |
|---|---|
| _____6/7/10_____ | /s/ SJK_____ |
| Date | Stanley J. Kartchner, Trustee |